contributory negligence, which should have been submitted to the jury.

BOYLE, Respondent, v. CATHOLIC RELIEF & BENEFICIARY ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Annie Boyle against the Catholic Relief & Beneficiary Association. No opinion. Judgment affirmed, with costs.

BRACE, Respondent, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charles C. Brace against John C. Bradley.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw his demurrer and answer upon the merits, within 20 days after service of notice of this order, upon payment of the costs included in said judgment and the costs and disbursements of this appeal. See, also, 163 App. Div. 971, 148 N. Y. Supp. 1107.

BRODY v. KNICKERBOCKER BAG CO., Inc. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Samuel Brody against the Knickerbocker Bag Company, Incorporated. No opinion. Application denied, with $10 costs. Order signed. Motion denied, with $10 costs. Order filed.

BROKAW v. SHERRY. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Elvira Brokaw, as executrix, etc., against Louis Sherry. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 152 N. Y. Supp. 1100.

BROOKHEIM v. BIOW. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Charles L. Brookheim, as trustee, etc., against David W. Biow. No opinion. Application denied, with $10 costs. Order signed.

BROTT, Appellant, v. AUBURN & S. E. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by Miles Brott, as executor, etc., against the Auburn & Syracuse Electric Railroad Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 154 N. Y. Supp. 1113.

KRUSE, P. J., dissents.

BROTT, Appellant, v. AUBURN & S. E. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Miles Brott, as executor, etc., against the Auburn & Syracuse Electric Railroad Company. No opinion. Motion for reargument in 154 N. Y. Supp. 1113, denied, with $10 costs.

BROWN, Respondent, v. CROSSMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Effie Brown against Edward Crossman and others. No opinion. Judgment and order unanimously affirmed, with costs; the court finding no error of sufficient importance to call for a reversal of the judgment.

BROWN, Respondent, v. D. C. DOMINICK CO., Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Andrew J. Brown against the D. C. Dominick Company, Incorporated, and others. D. C. Dominick, of New York City, for appellants. A. A. Henning, of New York City, for respondent. No opinion. Orders reversed, with $10 costs and disbursements, and motions granted. Orders filed.

BROWN, Appellant, v. KOHLMETZ, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Fred C. Brown against Charles E. Kohlmetz. No opinion. Judgment and order affirmed, with costs.

BROWN v. OGILVIE. OGILVIE v. BROWN. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Alfred L. Brown against Hanson S. Ogilvie, and action by Hanson S. Ogilvie against Alfred L. Brown. No opinion. Application denied, with $10 costs. Order signed.

BUCHANAN v. EVENTO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Lillian K. Buchanan against Nicholas Evento. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 154 N. Y. Supp. 1113.

BUCHANAN, Appellant, v. EVENTO et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Lillian K. Buchanan against Nicholas Evento and another. No opinion. Judgment affirmed, with costs. See, also, 154 N. Y. Supp. 1113.

BUCKLEY, Appellant, v. LODER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) In the matter of the claim of Ivan D. Buckley against Rex C. Loder, as administrator, etc. No opinion. Judgment affirmed, with costs. See, also, 154 N. Y. Supp. 1113.

BUCKLEY, Respondent, v. LODER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Ivan D. Buckley against Rex C. Loder, as administrator, etc. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. See, also, 154 N. Y. Supp. 1113.

BUCKMAN, Respondent, v. INTERBOROUGH RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Meta Buckman against the Interborough Rapid Transit Company and others. A. H. Cole, of New York City, for appellants. J. W. Bermant, of New York City, for respondent. No opinion.